IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
TIFFANY T. ALSTON TO THE BAR
OF MARYLAND

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG No. 6

\*    September Term, 2023

\*

## ORDER

Upon consideration of the Verified Petition for Reinstatement of Tiffany T. Alston to the Maryland Bar, filed on September 8, 2023, by petitioner, Tiffany T. Alston, and the Response to Verified Petition for Reinstatement, filed on October 4, 2023, by Acting Bar Counsel, recommending that the Petition be granted, it is this 19th day of October 2023,

ORDERED, by the Supreme Court of Maryland, a majority of the Court concurring, that the Petition is GRANTED; and it is further

ORDERED, that Tiffany T. Alston is reinstated as a member of the Bar of Maryland; and it is further

ORDERED, that the Clerk of the Court shall replace the name Tiffany T. Alston upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Shirley M. Watts
Senior Justice

\*Chief Justice Fader did not participate in the consideration of this matter.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

The correction notice(s) for this opinion(s) can be found here:

https://mdcourts.gov/sites/default/files/import/appellate/correctionnotices/coa/6a23agcn.pdf